

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00285-CV

| | | |
|---|---|---|
| SHATARA WRIGHT, Appellant | § | On Appeal from the 481st District Court |
| V. | § | of Denton County (16-02115-211) |
| | § | May 15, 2025 |
| MICHAEL STEPHEN PAYNE, Appellee | § | Memorandum Opinion by Justice Womack |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of prosecution.

It is further ordered that appellant Shatara Wright shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dana Womack
Justice Dana Womack